# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130807

JUDITH NORWICK SCHWEGMAN,
      Plaintiff-Appellant,

v

                                         SC: 130807
                                         COA: 264942
                                         Oakland CC: 03-675694-DO

BENJAMIN L. SCHWEGMAN,
        Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the March 3, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006                                        _____
s0619                                                    Clerk